IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01860-RPM

MICHAEL QUINTANA,

      Plaintiff,

v.

WHELAN SECURITY CO.,

      Defendant.

## ORDER FOR DISMISSAL

Upon review of plaintiff's motion to dismiss [17] filed March 14, 2012, and the defendant's response filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

Dated:    March 15th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge